**1074**

**J. F. CHARLESWORTH, Trustee, etc., Appellant, v. John E. STEVENS.**
No. 9136.

Circuit Court of Appeals, Eighth Circuit.
May 5, 1931.

Frank P. Barker, of Kansas City, Mo., for appellant.

George Reinhardt, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, on motion of appellant and stipulation of parties.

**CHICAGO TITLE & TRUST CO., as Trustee, et al., Appellant, v. UNITED STATES of America.**
No. 9094.

Circuit Court of Appeals, Eighth Circuit.
April 21, 1931.

Charles R. Fowler and Henry C. Carlson, both of Minneapolis, Minn., and Harry Weiss, of St. Paul, Minn., for appellants.

Lewis L. Drill, U. S. Atty., and John M. Rees, Sp. Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.

**COMMISSIONER OF INTERNAL REVENUE, Appellant, v. Edgar M. MURSMAN, Jr., Administrator, etc.**
No. 8644.

Circuit Court of Appeals, Eighth Circuit.
May 5, 1931.

Howard T. Jones, Acting Head, Prohibition-Tax Division, C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Prew Savoy, Atty., Bureau of Internal Revenue, all of Washington, D. C., Barham R. Gary, and J. Louis Monarch, Sp. Assts. to Atty. Gen., for appellant.

Edgar M. Morsman, Jr., of Omaha, Neb., for appellee.

PER CURIAM.

Mandate of Supreme Court of United States ordered filed and recorded, decree of this court [44 F.(2d) 902] vacated, etc., and decision of Board of Tax Appeals affirmed, without costs to either party in this court.